# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DELTA TECHNOLOGY DEVELOPMENT LLC, | ) ) ) |
| Plaintiff, | ) Civil Action No. 24-cv-2406 ) ) |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Presiding Judge: Hon. Sara L. Ellis ) Magistrate Judge: Hon. Young B. Kim ) ) ) ) ) ) ) |
| Defendants. | |

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY

In this infringement action brought pursuant to the Copyright Act, 17 U.S.C. § 101, Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from making, using, offer for sale, selling, and/or importing products the design of which infringe Plaintiff's U.S. Copyrights identified on Exhibit 1; (ii) instituting a temporary asset restraint; and (iii) ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: March 25, 2024

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018

Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*